UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:
(Fla. Cir. Ct. Case No. 20-2888 CA 04)

ADACIA DOUGLAS,

    Plaintiff,

v.

MIAMI-DADE COUNTY POLICE DEPARTMENT, JACKSON MEMORIAL HOSPITAL, JACKSON MEMORIAL HOSPITAL SECURITY CORP., ERIK NOVO, GETRO EXANTUS, and JOAQUIN FUNDORA,

    Defendants.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Jackson Memorial Hospital ("JMH"), Erik Novo, and Joaquin Fundora ("Defendants") hereby file this Notice of Removal and remove this action to the United States District Court for the Southern District of Florida, Miami Division, based on the facts and provisions set forth below:

1. This case was originally filed in state court on February 7, 2020.

2. The case alleges violations of Plaintiff's rights under the Fourth and Sixth Amendments.  Compl. at 4.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, and the action is therefore removable pursuant to 28 U.S.C. § 1441(a).

3. JMH was served with the Complaint on March 9, 2020.  Erik Novo was served with the Complaint on March 11, 2020.  Joaquin Fundora was served with the Complaint on March 19,

2020.  It appears that Plaintiff has not yet served the remaining named defendants with the Complaint.

4. Venue is proper in this District and Division because the alleged actions took place within Miami-Dade County, Florida.

5. This Notice is timely as it has not been more than thirty days since service of the Complaint on all named Defendants.

6. Copies of the pleadings, process and orders from the state court are attached hereto as Exhibit A.  A Civil Cover Sheet is attached as Exhibit B.

7. Written notice of the removal of this action is being provided to Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the State Court.

**WHEREFORE**, Defendants respectfully request that this Court accept and retain removal jurisdiction over this action.

Dated: June 15, 2020

Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL  33128

By:   s/ Erica Zaron
Erica S. Zaron, Esq.
Florida Bar No. 0514489
Assistant County Attorney
Telephone:   (305) 375-5151
Facsimile:   (305) 375-5611
E-mail: zaron@miamidade.gov

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was sent by U.S. Mail on June 15, 2020 to all counsel on the below service list.

s/ Erica Zaron
Erica S. Zaron

## SERVICE LIST

| ADACIA DOUGLAS, Pro Se<br>1603 N. W. 7th Avenue<br>Miami, FL  33136<br>Tel.:  (216) 214-4824<br>*Service by U.S. Mail* | ERICA S. ZARON, ESQ.<br>County Attorney's Office<br>Stephen P. Clark Center<br>111 Northwest First Street<br>Miami, FL  33128-1993<br>Tel.:  (305)  375-5151<br>Fax:  (305) 375-5611<br>E-Mail:  zaron@miamidade.gov<br>Attorneys for Defendants<br>*No Service* |