# CIVIL COVER SHEET

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**DIVISION**
☑ CIVIL
☐ DISTRICTS
☐ FAMILY
☐ OTHER

**CASE NUMBER:** 20-02888 CA 04
**JUDGE:**
**CLOCK IN**

**PLAINTIFF:** ADACIA DOUGLAS

**VS. DEFENDANT:** Officer Exantus #7217 Getro

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim, rounded to the nearest dollar. $ 10 million

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and Indebtedness
- ☐ Eminent domain
- ☐ Auto Negligence
- ☐ Negligence – Other
  - ☐ Business Governance
  - ☐ Business Torts
  - ☐ Environmental/Toxin Tort
  - ☐ Third Party Indemnification
  - ☐ Construction Defect
  - ☐ Mass Tort
  - ☐ Negligent Security
  - ☐ Nursing Home Negligence
  - ☐ Premises Liability – Commercial
  - ☐ Premises Liability – Residential
- ☐ Products Liability
- ☐ Real Property/Mortgage Foreclosure
  - ☐ Commercial Foreclosure
  - ☐ Homestead Residential Foreclosure
  - ☐ Non-Homestead Residential Foreclosure
  - ☐ Other Real Property Actions
- ☐ Professional Malpractice
  - ☐ Malpractice – Business
  - ☐ Malpractice – Medical
  - ☐ Malpractice – Other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transactions
  - ☐ Circuit Civil – Not Applicable
  - ☑ Constitutional Challenge – Statute or Ordinance
  - ☐ Constitutional Challenge – Proposed amendment
  - ☐ Corporate Trust
  - ☐ Discrimination – Employment or Other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities Litigation
  - ☐ Trade Secrets
  - ☐ Trust Litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

In The Circuit Court of the 11th Judicial Circuit in and for Mia-Dade County.   Pg 1-4

ADACIA DOUGLAS                     20-02888 CA 04
Plaintiff      VS.
                    Case NO.
Defendants
MIAMI DADE COUNTY POLICE Dept
JACKSON MEMORIAL HOSPITAL
JACKSON MEMORIAL HOSPITAL Security Comp
Officer Novo ERIK #7614 ☑ in official and private capacity #7614
Officer EXANTUS GETRO #7217 in official and private capacity ☑
Officer FUNDORA JOAQUIN #1903 in official and private capacity ☑

ORIGINAL FILED FEB 07 2020 HARVEY RUVIN CLERK

## COMPLAINT FOR DAMAGES

Plaintiff ADACIA DOUGLAS sues defendants
MIAMI DADE COUNTY POLICE Dept
JACKSON memorial Hospital
JACKSON memorial Hospital Security dept.
Officer Novo Erik #7614 Officer Exantus Getro #7217
Officer Fundora Joaquin #1903
And Alleges  1. This is an action for Damages in the Amount of Ten million dollars. Plaintiff resides at 1603 NW 7ave Mia, FL 33136. Defendant reside at 9101 NW 25th St Mia, FL 33172 1611 NW 12th St Mia, FL 33136. Defendant is a Corporation doin business at 9101 NW 25th St Mia, FL 3317

BZ-4

1611 NW 12th Ave Mia, FL 33136

4. On JAN-15-2020, I was brutally and violently attack by several personel working as Jackson Security Gaurds and Dade County Police. I was walkin and talking with friends when officer NOVO, E & EXANTUS, G Jump on me they pulled out hand guns slamm me onto the ground drug me all over the ground Punch and kick me all over my body slam my head into ground cause me sever head and back pain. The officers stole my property wallet bookbag Cellphone. The officers went inside my cellphone and delete very important videos I had recordin and plan to use during active on goin court case all videos were recording of othese officers co-workers / other cops that comitted civil and criminal infractions against me. So to interfer with my ability to use my evidence against there co-workers They unlawfully stole my phone out my hand and deleted My video. The officers hand cuffed me and charge me with a false allegation of Loitering Prowling Tresspass After Warning. After layin on ground in cuffs over an hour the officers admitted they were wrong uncuffed me and allow me

pg 3-4

to go into emergency room to have my newly recieved from them injuries treated.

Miami Dade officers threaten me everyday due to my political stand point against them. They vowd to make my life miserable every time they see me. As a result of this robbery battery I have blurred vision torn muscle in wrist due to handcuffs bein use as a weapon and place on extra tight to cut circulation.

5. Plaintif is entitled to relief from defendant under above facts on the basis of defendant violating my 6th Amen. 4th Amen right against unlawfull arrest and detainment with out probable cause, Unlawful search and seizure when the officers took all my property includin cellphone then deleted my video photage and broke the phones. Also Violated my 4th when the officers ran my name for warrants even though I did nothin wrong the demanded I give them my I.D. card and would not let me leave. Harasment, These dade canty officer attack me with violence everyday the see me.   6. Damages The destruction of my cellphone and video's in it. My clothes was torn by office. My reputation and image tornish due to the cops telling my friends I was a wanted dangerous criminal as I walk with her on Jackson grounds Pain Suffering emotion

Pg 4-4

Distress Mental Anguish
I can not operate my business due to Dade cops harasing me and chasing all my customers away with negative a publicisty and false arrest making me look like a very bad menacing person.

7. As a Result plaintiff request judgement against defendant for Damages Attorney fee's cost of suit, a STAY away order and any other further relief as the court may deem proper

Plaintiff Demands a Jury Trial ☑
on This Date Feb- 7-2020
Respectfully filled by
signature Adacia Douglas
Name Adacia Douglas
add: 1603 NW 7ave Mia, FL 33136
(216) 214-4824

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. ☐ Yes ☑ No

**REMEDIES SOUGHT** (check all that apply):

☑ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☑ Punitive

**NUMBER OF CAUSES OF ACTION:** [   ]
(specify) _____

**IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ Yes
☑ No

**HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☑ No
☐ Yes   If "Yes", list all related cases by name, case number, and court.

_____
_____

**IS JURY TRIAL DEMANDED IN COMPLAINT?**

☑ Yes
☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _Adacia Douglas_      Florida Bar # _____
           Attorney or party                    (Bar #, if attorney)

_Adacia Douglas_                      Feb. 7- 2020
(type or print name)                  Date

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS | CASE NUMBER |
|---|---|---|
| CIVIL | | 20-02888CA04 |

ADACIA DOOGLAS
Plaintiff/Petitioner or In the Interest Of

VS.

Officer Exantus Getro #7217
Defendant/Respondent

**Notice to Applicant:** If you qualify for Civil Indigence you must enroll in the Clerk's Office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have __0__ dependents. (Include only those persons you list on your U.S. Income tax return.) Are you married? ☐ Yes ☑ No
   Does your Spouse Work? ☐ Yes ☐ No   Annual Spouse Income? $ _____

2. I have a net income of $ __0__ paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other _____
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court ordered payments, such as child support.)

3. I have other income paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

   Second Jobs — Yes $____ **No**
   Social Security Benefits
     For you — Yes $____ **No**
     For child(ren) — Yes $____ **No**
   Unemployment Compensation — Yes $____ **No**
   Union Payments — Yes $____ **No**
   Retirement/Pensions — Yes $____ **No**
   Veterans' Benefit — Yes $____ **No**
   Workers' Compensation — Yes $____ **No**
   Income from absent family members — Yes $____ **No**
   Stock/Bonds — Yes $____ **No**
   Rental Income — Yes $____ **No**
   Dividends or Interest — Yes $____ **No**
   Other kinds of income not on the list — Yes $____ **No**
   Gifts — Yes $____ **No**
   Trusts — Yes $____ **No**

   I understand that I will be required to make payments for fees and costs to the clerk in accordance with s. 57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

   Cash — Yes $____ **No**
   Bank Account(s) — Yes $____ **No**
   Certificates of Deposit or Money Market Accounts — Yes $____ **No**
   Boats* — Yes $____ **No**
   Savings Account — Yes $____ **No**
   Stocks/Bonds — Yes $____ **No**
   Homestead Real Property* — Yes $____ **No**
   Motor Vehicle* — Yes $____ **No**
   Non-Homestead Real Property/Real Estate* — Yes $____ **No**

   * Show loans on these assets in paragraph 5.

   Check one: I ☐ DO or ☑ DO NOT expects to receive more assets in the near future. The assets are/is _____

5. My total liabilities and debts are as follows:
   Motor Vehicle $ __0__, Home $ __0__, Other Real Property $ __0__, Child Support (paid directly) $ __0__
   Credit Cards $ __4,000__, Medical Bills $ __5,000__, Cost of Medicines (monthly) $ __0__, Other $ __2,000__ Court cost
   Total $ __81,000__

6. I have a private lawyer in this case ☐ Yes ☑ No

A person who knowingly provides false information to the Clerk or the Court in seeking a determination of indigent status under s. 57.082, F.S., commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this __7__ day of __feb__, 20__20__   Adacia Dooglas
                                              Signature of Applicant for Indigent Status

Date of Birth __12·06·1981__
Print Full Legal Name: __Adacia Dooglas__
Driver's license or ID number __D242-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__
Address: __1603 NW 7ave__
City, State, Zip Code: __Mia, FL 33136__
Phone Number: __216 214 4824__

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ☑ Indigent ☐ Not Indigent, according to s. 57.082, F.S.
Dated this ____ day of _____ 20____.   FEB 0 7 2020

Clerk of the Circuit Court

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.
THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the Judge to review the clerk's decision of not Indigent. _____

2020- 0343
① MRA8741
② S140N

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | CIVIL ACTION SUMMONS<br>(b) Form for Personal Service on a Natural Person | CASE NUMBER<br>2002888 CA 01 |
|---|---|---|

| PLAINTIFF(S) | VS. DEFENDANT(S) | CLOCK IN |
|---|---|---|
| ADACIA DOUGLAS | Jackson Memorial Hospital | SERVED<br>DATE 3/9/2020<br>TIME 9:27am<br>BY<br>BADGE # 887<br>MIAMI-DADE POLICE DEPARTMENT<br>OFFICE OF THE METROPOLITAN SHERIFF<br>GOVERNMENTAL SERVICES BUREAU<br>COURT SERVICES SECTION |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

To Defendant(s): Jackson Memorial Hospital    Address: 1611 NW 12th St Mia, FL 33136

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

DADE COUNTY COURT LOCATIONS

☒ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

SERVICE
**RECEIVED**
MAR 09 2020
Executive Offices

| Plaintiff/Plaintiff Attorney<br>ADACIA DOUGLAS<br>Florida Bar No. | Address:<br>1603 NW Ave Mia, FL 33136 | |
|---|---|---|
| HARVEY RUVIN<br>CLERK OF COURTS | BY: MELVIN FERGUSON<br>DEPUTY CLERK | DATE ON:<br>FEB 21 2020 |

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 070 Rev. 11/11                                    Clerk's web address: www.miami-dadeclerk.com

(1) FRASTAI
(2) SIMON

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL ACTION SUMMONS | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | (b) Form for Personal Service on a Natural Person | 20 02888 CA 04 |

| PLAINTIFF(S) | VS. DEFENDANT(S) | CLOCK IN |
|---|---|---|
| Alacia Douglas | Officer #17614; NOVO Erik | SERVED<br>DATE 3/11/20<br>TIME 8A<br>BY<br>BADGE # 9290<br>MIAMI-DADE POLICE DEPARTMENT<br>OFFICE OF THE<br>METROPOLITAN SHERIFF<br>GOVERNMENTAL SERVICES BUREAU<br>COURT SERVICES SECTION<br>MIAMI-DADE COUNTY, FLORIDA |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

To Defendant(s): Officer NOVO ERIK    Address: 9101 NW 25th Miami, FL 33172

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**DADE COUNTY COURT LOCATIONS**

☒ Dade County Courthouse (05)  Room 133  73 West Flagler Street  Miami, Florida 33130
☐ Joseph Caleb Center (20)  Room 103  5400 NW 22 Avenue  Miami, Florida 33142
☐ North Dade Justice Center (23)  Room 100  15555 Biscayne Blvd.  North Miami Beach, Florida 33160
☐ Miami Beach District Court (24)  Room 200  1130 Washington Avenue  Miami Beach, Florida 33139
☐ Coral Gables District Court (25)  Room 100  3100 Ponce De Leon Blvd.  Coral Gables, Florida 33134
☐ South Dade Justice Center (26)  Room 1200  10710 SW 211 Street  Miami, Florida 33189
☐ Hialeah District (21)  Room 100  11 East 6th Street  Hialeah, Florida 33010

**SERVICE**

Plaintiff/Plaintiff Attorney: ADACIA DOUGLAS
Florida Bar No.
Address: 1603 NW 7 ave Mia, FL 33136

HARVEY RUVIN
CLERK OF COURTS

BY: MELVIN FERGUSON
DEPUTY CLERK

DATE ON: FEB 27 2020

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 070 Rev. 11/11                                         Clerk's web address: www.miami-dadeclerk.com

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**DIVISION**
☑ CIVIL
☐ DISTRICTS
☐ OTHER

**CIVIL ACTION SUMMONS**
(b) Form for Personal Service on a Natural Person

**CASE NUMBER**
2002888CA04

**PLAINTIFF(S)**
ADACIA DOUGLAS

**VS. DEFENDANT(S)**
Officer # 7217
Exantus Getro

**CLOCK IN**
SERVED
DATE
TIME
BY
BADGE #
MIAMI-DADE POLICE DEPARTMENT
OFFICE OF THE
METROPOLITAN SHERIFF
GOVERNMENTAL SERVICES BUREAU
COURT SERVICES SECTION

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

To Defendant(s): Exantus Getro
Address: 9101 NW 25th St Mia, FL 33172

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**DADE COUNTY COURT LOCATIONS**

☑ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

**SERVICE**

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

Plaintiff/Plaintiff Attorney: ADACIA DOUGLAS
Address: 1603 NW 7 Ave Mia, FL 33136
Florida Bar No.

HARVEY RUVIN
CLERK OF COURTS
BY: _____ DEPUTY CLERK

DATE ON: FEB 27 2020

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 070 Rev. 11/11

Clerk's web address: www.miami-dadeclerk.com

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**DIVISION**
☒ CIVIL
☐ DISTRICTS
☐ OTHER

**CIVIL ACTION SUMMONS**
(b) Form for Personal Service on a Natural Person

**CASE NUMBER:** 20-02888 CA 04

**PLAINTIFF(S):** ADACIA DOUGLAS

**VS. DEFENDANT(S):** #1903 Fundora Joaquin

**CLOCK IN**
SERVED
DATE: 3/19/2020
TIME: 8:25 am
BY:
BADGE #: 886
MIAMI-DADE POLICE DEPARTMENT
OFFICE OF THE
METROPOLITAN SHERIFF
GOVERNMENTAL SERVICES
COURT SERVICES SECTION
MIAMI-DADE COUNTY, FLORIDA

**THE STATE OF FLORIDA:** TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

**To Defendant(s):** Fundora Joaquin
**Address:** 9101 NW 25th St Mia, FL 33172

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**DADE COUNTY COURT LOCATIONS**

☒ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

**SERVICE**

**Plaintiff/Plaintiff Attorney:** ADACIA Douglas
**Florida Bar No.:**
**Address:** 1603 NW Ave Mia, FL 33136

**HARVEY RUVIN CLERK OF COURTS**
BY: MELVIN FERGUSON
DEPUTY CLERK

**DATE ON:** FEB 24

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 070 Rev. 11/11                                                Clerk's web address: www.miami-dadeclerk.com




# Miami-Dade Police Department
## Court Services Section
**Alfredo Ramirez, III**
*Director / Metropolitan Sheriff*

---

ADACIA DOUGLAS vs. JACKSON MEMORIAL HOSPITAL

**Case Number**
2020-002888-CA-01

## RETURN OF SERVICE
### SUMMONS - CIVIL

| 3/9/20  9:27 am | Served - Authorized to Accept | SERVED | JACKSON MEMORIAL HOSPITAL |

| | |
|---|---|
| 03/03/2020 | Came this day into hand of the Sheriff |
| 03/06/2020 | 09:02 AM - CSS1 CARCHAREL SMITH #8851, ATTEMPTED TO SERVE THE SUMMONS TO JACKSON MEMORIAL HOSPITAL AT 1611 NW 12TH STREET, MIAMI, FL 33136. INCLEMENT WEATHER. |
| 03/09/2020 | 09:27 AM - SERVED THE SUMMONS BY HANDING A COPY TO LOURDES CUEVAS, WHO WAS AUTHORIZED TO ACCEPT FOR JACKSON MEMORIAL HOSPITAL AT 1611 NW 12TH STREET, MIAMI, FL 33136. SERVICE AFFECTED BY: CSS1 CARCHAREL SMITH #8851, DEPUTY SHERIFF OF MIAMI-DADE COUNTY, FL. |

CARCHAREL SMITH, CSS1, #8851

FILED FOR RECORD
CIVIL DIVISION #61
2020 MAR 13 AM 8:39
CLERK
CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FL

**ADACIA DOUGLAS**
**1603 NW 7TH AVENUE**
**MIAMI, FL 33136**



# Miami-Dade Police Department
## Court Services Section
Alfredo Ramirez, III
*Director / Metropolitan Sheriff*



ADACIA DOUGLAS vs. (OFFICER) NOVO ERIK

**Case Number**
2020-002888-CA-01

## RETURN OF SERVICE
### SUMMONS - CIVIL

| | | | |
|---|---|---|---|
| 3/11/20 9:00 am | Served - Personally | SERVED | (OFFICER) NOVO ERIK |

| Date | Description |
|---|---|
| 03/03/2020 | Came this day into hand of the Sheriff |
| 03/05/2020 | 04:15 PM - CSS1 MAYRA RODRIGUEZ #8233, ATTEMPTED TO SERVE THE SUMMONS TO (OFFICER) NOVO ERIK AT 9101 NW 25TH STREET, MIAMI, FL 33172. |
| 03/10/2020 | 07:30 AM - CSS1 CAROLYN ROLLE #7039, ATTEMPTED TO SERVE THE SUMMONS TO (OFFICER) NOVO ERIK AT 9101 NW 25TH STREET, MIAMI, FL 33172. |
| 03/11/2020 | 09:00 AM - SERVED THE SUMMONS UPON (OFFICER) NOVO ERIK AT 9101 NW 25TH STREET, MIAMI, FL 33172. SERVICE AFFECTED BY: CSS2 PATRICE GORDON #9290, DEPUTY SHERIFF OF MIAMI-DADE COUNTY, FL. |

PATRICE GORDON, CSS2, #9290

CLERK
CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FL
2020 MAR 24  AM 8:41
FILED FOR RECORD
CIVIL DIVISION #85

ADACIA DOUGLAS
1603 NW 7TH AVENUE
MIAMI, FL 33136

9631 | Page 1 of 1 | 1038350294



# Miami-Dade Police Department
## Court Services Section
Alfredo Ramirez, III
*Director / Metropolitan Sheriff*



ADACIA DOUGLAS vs. FUNDORA JOAQUIN

**Case Number**
2020-002888-CA-01

## RETURN OF SERVICE
SUMMONS - CIVIL

| 3/19/20 8:25 am | Served - Personally | SERVED | FUNDORA JOAQUIN |

03/03/2020  Came this day into hand of the Sheriff

03/05/2020  04:15 PM - CSS1 CARCHAREL SMITH #8851, ATTEMPTED TO SERVE THE SUMMONS TO FUNDORA JOAQUIN AT 9101 NW 25TH STREET, MIAMI, FL 33172. ATTEMPT NOT AT GIVEN ADDRESS TRANSFER TO 9 N.

03/10/2020  02:00 PM - CSS1 DANIEL GOOD #8912, ATTEMPTED TO SERVE THE SUMMONS TO FUNDORA JOAQUIN AT 9101 NW 25TH STREET, MIAMI, FL 33172. ATTEMPT NO DEPT. IN 140 W FLAGLER OFFICES LOCATED AT 601 NW 1ST CT 20TH FL.

03/19/2020  08:25 AM - SERVED THE SUMMONS UPON FUNDORA JOAQUIN AT 601 NW 1ST CT 20TH FL , MIAMI, FL 33172. SERVICE AFFECTED BY: CSS1 CARCHAREL SMITH #8851, DEPUTY SHERIFF OF MIAMI-DADE COUNTY, FL.SERVED PERSONALLY

*CARCHAREL SMITH, CSS1, #8851*

FILED FOR RECORD
CIVIL DIVISION #96
2020 APR -1 PM 3:04
CLERK
CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FL

**ADACIA DOUGLAS**
1603 NW 7TH AVENUE
MIAMI, FL 33136

E78607                   Page 1 of 1                   1038350298



# Miami-Dade Police Department

## Court Services Section

Alfredo Ramirez, III
*Director / Metropolitan Sheriff*



ADACIA DOUGLAS vs. (OFFICER) EXANTUS GETRO

**Case Number**
2020-002888-CA-01

## RETURN OF SERVICE
SUMMONS - CIVIL

| 4/10/20 2:00 pm | No Service - Unable to Contact | UNSERVED | (OFFICER) EXANTUS GETRO |

| 03/03/2020 | Came this day into hand of the Sheriff |
| 03/05/2020 | 04:15 PM - CSS1 MAYRA RODRIGUEZ #8233, ATTEMPTED TO SERVE THE SUMMONS TO (OFFICER) EXANTUS GETRO AT 9101 NW 25TH STREET, MIAMI, FL 33172. |
| 03/10/2020 | 07:29 AM - CSS1 CARCHAREL SMITH #8851, ATTEMPTED TO SERVE THE SUMMONS TO (OFFICER) EXANTUS GETRO AT 9101 NW 25TH STREET, MIAMI, FL 33172. |
| 04/10/2020 | 02:00 PM - CSS1 DANIEL GOOD #8912, ATTEMPTED TO SERVE THE SUMMONS TO (OFFICER) EXANTUS GETRO AT 9101 NW 25TH STREET, MIAMI, FL 33172. NO DEPT OFFICER IN THE 140 W. FLAGLER...GOVERMEENTAL SERVICES |

DANIEL GOOD, CSS1, #8912

FILED FOR RECORD
CIVIL DIVISION #85
2020 APR 17 AM 9:13
CLERK
CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FL

ADACIA DOUGLAS
1603 NW 7TH AVENUE
MIAMI, FL 33136

9631

Page 1 of 1

1038350301

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ADACIA DOUGLAS,                              GENERAL JURISDICTION DIVISION

          Plaintiff(s),                    CASE NO. 20-2888 CA 01 (04)

v.

MIAMI-DADE COUNTY POLICE
DEPARTMENT, JACKSON MEMORIAL
HOSPITAL, JACKSON MEMORIAL
HOSPITAL SECURITY CORP., ERIK
NOVO, GETRO EXANTUS, JOAQUIN
FUNDORA,

          Defendant(s).

## DEFENDANTS JACKSON MEMORIAL HOSPITAL, ERIK NOVO AND JOAQUIN FUNDORA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Jackson Memorial Hospital, Erik Novo and Joaquin Fundora ("Defendants"), by and through undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.090, move for an extension of time to respond to Plaintiff's Complaint, and state as follows:

1. Plaintiff filed his Complaint on or about February 27, 2020.

2. Of the six named defendants, at least two have not been served with process as of this date.

3. Currently, and as a result of the current Coronavirus pandemic, Defendants' response is due June 1, 2020.

4. Despite diligent efforts, Defendants have been unable to file a response to the Complaint and hereby seek a 2-week extension, until June 15, 2020 to file their responses.

Case 1:20-cv-22461-UU   Document 1-1   Entered on FLSD Docket 06/15/2020   Page 17 of 17

*ADACIA DOUGLAS v. MIAMI-DADE COUNTY POLICE DEPARTMENT, JACKSON MEMORIAL HOSPITAL, JACKSON MEMORIAL HOSPITAL SECURITY CORP., ERIK NOVO, GETRO EXANTUS, JOAQUIN FUNDORA*
*Case No. 20-2888 CA 01 (04)*

5. Defendants have not previously asked for an extension.

6. This motion is not meant to harass or prejudice the Plaintiff in any way, nor is it interposed for the purpose of undue hindrance or delay.

**WHEREFORE,** Defendants respectfully request that this Court GRANT their motion, and allow Defendants an additional 14 days, until June 15, 2020, to respond to the Complaint, and grant such other relief as this Court deems just.

### CERTIFICATE OF SERVICE

I certify that the foregoing document has been e-mailed to all parties of record on **Wednesday, May 27, 2020** to the e-mail address(es) each has registered with the Florida Courts E-Filing Portal.

    Respectfully submitted,

    **ABIGAIL PRICE-WILLIAMS**
    Miami-Dade County Attorney
    *Attorney for Defendant Miami-Dade County*
    Stephen P. Clark Center, Suite 2810
    111 Northwest First Street
    Miami, Florida 33128-1993

    By: /s/ Daniel Frastai
        Daniel Frastai
        Assistant County Attorney
        Florida Bar Number 0666041
        Telephone:   (305) 375-5480
        Fax: (305) 375-5634
        Email: Frastai@miamidade.gov
        jeane.neal@miamidade.gov